UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MASON,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR OFFICERS, et al.,<br><br>    Defendants. | Case No. 23-cv-02888 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>(Docket No. 10) |

Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against "CDCR Officers," "CDCR Nurses," "CDCR Doctors," and the "California Department of Corrections." Dkt. No. 1. On October 3, 2023, the Court dismissed the complaint with leave to amend. Dkt. No. 9. Plaintiff was directed to file a response within twenty-eight days from the date the order was filed. *Id.* at 5.

Plaintiff has filed a request for an extension of time to file an amended complaint due to his housing classification limiting his access to the law library. Dkt. No. 10. Good cause appearing, the request is GRANTED. Plaintiff shall file a response to the Court's initial review order no later than **January 2, 2024**.

The amended complaint must include the caption and civil case number used in this order, *i.e.*, Case No. C 23-cv-02888 BLF (PR), and the words "AMENDED

COMPLAINT" on the first page.  Plaintiff must answer all the questions on the form in order for the action to proceed.  Plaintiff is reminded that the amended complaint supersedes the original, and Plaintiff may not make references to the original complaint.  Claims not included in the amended complaint are no longer claims and defendants not named in an amended complaint are no longer defendants.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir.1992).

**In the alternative,** Plaintiff may file notice that the matter should be transferred to the United States District Court for the Southern District as the proper venue.  The Court will then order the matter transferred.  *See* 28 U.S.C. § 1406(a).

**Failure to respond in accordance with this order in the time provided will result in the dismissal with prejudice of this action for failure to state a claim for relief.**

This order terminates Docket No. 10.

**IT IS SO ORDERED.**

Dated:  ___November 6, 2023____

_____
BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. for EOT to File Am. Compl.
PRO-SE\BLF\CR.23/2888Mason-eot-ac

2